MR Kentrell O. Welch
Name

Ely state prison
P.O. Box 1989.
Address

# 1030777
Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MR Kentrell D. Welch
# 1030777 Plaintiff,

vs.

SR c/o Rowley, C, et al.
_____,
_____,
_____,
_____,
Defendant(s).

(A) Third claim into suit.

CASE NO. 3:22-cv-00547
(To be supplied by the Clerk)

1st' Additional
AMENDED Claim & pleadings
CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983
(1) NRCP 38(a)(b)
(A) LR 15-1; F.R.C.p. 15(a) 19(a)
(2) In RE: ECF No. 4

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Kentrell D. Welch
(print Plaintiff's name)

who presently resides at Ely state prison, were
(mailing address or place of confinement)

violated by the actions of the below named individuals which were directed against

Plaintiff at ESP, White Pine County on the following dates
(institution/city where violation occurred)

2022-2021 , 2020-2019 , and _____.
(Count I)       (Count II)                (Count III)

Dated this 15 day of Dec 2022

§1983-Form
eff. 1/97

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: 4th 14th Amends.

2. **Claim 3.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☐ Medical care
   - ☐ Mail
   - ☒ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Access to the court
   - ☐ Excessive force by officer
   - ☐ Retaliation
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: 2022-2021 - 2019-2020)

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   ① (ESP), Ely State Prison's officials, Custody Suprv's, CCS staff and O.M.A superiors collectively, has adopted "unwritten Rule to employ, grossly negligent Ndoc Disciplinary procedures In violation of AR-707.1-2 secs; OP 707, 707.1; NRS §§10.045; 10.065; 209.239

   ② ESP, Ndoc state actors et.al, has deprived him of his, Due process: procedural, substantial rts; and: Bona fide liberty, Interests, personal Immunity Interests Now (3yrs) (via 2019-2022; Also This Illicit unwritten role, has been active within Ndoc Facilities, Ongoing "Decades, violating AR 707.1-2, 733, 734, 504, 507.

   ③ ESP's, Ndoc's, Illicit enactment of These Illicit Disciplinary, procedural process deprivations For (3 yrs) "Has caused plaintiff, The: ④ Substantial loss of statutory meritorial credits; ⑤ significant, Increase of (RFS), risk factor scors; ⑥ demotion to punitive, disc; Classification, Ad-seg Status; ⑦ significant proposed time onto, his proposed future, chances for parole; ⑧ significant alteration, to his everyday prison Living, Conditions; ⑨ Illicit economical loss, by package restrictions For basic prison necessities, sent by Family; In violation of AR 504, 507, 701.1-2, 733, 734; NRS 209.443(1); Cont ↦

If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.

1  NRS 209.356; 209.361; 209.246).
2.    II. Facts:
3  SRC/O Rowley, Cory, on Aug. 8·2022 A.M. "ILLicitly,
4  Issued a punitive "unwarrented disc-writ MJ 28 for,
5  stoppage of operations. "Rowley, after being verbally,
6  noticed plaintiff would Issue a Dept· disc· against him for,
7  Threatening to physically assault plaintiff on way,
8  To proposed Legal visit; In nexus to his dept· grievances·,
9  Civil litigation, violation of AR 740.03, 9-A; 707.1,
10 .
11 SRC/O Rowley, Knowingly abusively mis-handeled,
12 him, as an ADA disabled Individual, Causing said·,
13 Falling to the ground, Never attempts to raise him,
14 From the unit pavement·, w/o exigent circumstances,
15 still punatively Issued MJ 28, to Canter his complaint,
16 Cover prohibited acts, violating AR 707.1-2 secs.,
17 (28 C.F.R 5
18 .
19 CCS Ray Rivera, Knowingly Issued an punative,
20 MJ 56 disc·writ against plaintiff Unit 4 A 17 June 2020.
21 "Said for refusAL to Cell up with another Inmate,
22 after he was In the unit Three days. Also he Submitted,
23 proposed Inmate to be similarily housed with, In violation,
24 of AR 707.1-2, 733, 734; 504, 507, 509) Id. Ex.
25 .
26 CCS Amanded Allred, Knowingly Issued an punative, MJ
27 Disc·writ, against him on Unit 2B # 23 For said·,
28 refusAL to house, Cell up· Allred Knowingly

1. That as a (psu), protected Custody Inmate, his safety,
2. was currently compromised on unit, due to relevant,
3. illicit acts by SRC/O Esquivel who claimed he was,
4. a: "unit Rat, snitch" (sept. 29.2020), "yelled loudly",
5. over, Too, The "entire tier"; violation of AR 707, 1-2,
6. 733, 734, 504, 509, 509; NRS 41.035; 209.131
7. .
8. (a) L.T Curtis Ridgney, (b) Sgt Stolk, (c) Sgt Cox, (d) CCSIII,
9. p. Hernandez on (sept. 23.2022) held a biased,
10. partial disc-hearing on MJ 28. "All staff refused,
11. to call, question, all proposed inmate unit witnesses,
12. discounting, removing witness names from report, Also,
13. knowingly, plaintiff has active dept. disc. writs,
14. ng anist ea. disc. hearing staff, including L.T,
15. Ridgney's son, C.E.R.T C/O Chet Ridgney, violation,
16. Existing disc. protocols AR 707. 1-2, 733, 734 )
17. .
18. "All" named above, Esp CCS, Custody officials,
19. did find him Guilty for SRC/O Rowley's MJ 28. duly,
20. Mutiplying, stacking: Disc-Sanctions all torun,
21. "concurrent, Also additionally taking (30 dys).,
22. Ndoc meritorial credits from his sentence structure,
23. Although he Is a "Lifer", In open, blantant,
24. violation of existing AR 707, 1-2 Manual guides.
25. III. FACTS Relevant Material, circumstantial:
26. .
27. SRC/O Barttlett, punatively at (NNCC) Facility,
28. Punatively Issued an MJ 57 disc-writ (3.27.2020.,

1  For said refusal to move wings on unit (7B to,
2  (7A wing." Although w/o Exigent circumstances.;
3  SRC/O Barttlett took this action against him to,
4  Intimidate, Chill & silence his protected conduct.;
5  To seek redress, directly against Barttlett For:
6  Threats to physically assault, racial animus.,
7  religious antisemetic slander., repeated cell,
8  thrushings, property, religious documents removals;
9  In violation of AR 740.03, 9-A; 707.1-2, 422.;
10 NRS 10.45; 10.065; 209.239; 41.035) Id at
11 .

12 SRC/O barttlett Issues, are In direct Casual,
13 nexus to his litigation against NNCC, barttlett,
14 and causation of his legal assistance to housed.,
15 Inmates: M. Severns Case No. 3:20-cv-00470.;
16 J. MAHe, Case No: 3:21-cv-00069; ECF No.5 2,5,
17 12) Id. Ex. at: ECF No. 21, 212, 223; Case *No 3:20-
18 cv-00079; per Js 44, Inclusive to claims herein.
19 .

20 L.T Damon Bell, husband of Wife: RN III Laura at,
21 (NNCC) In APR. 23. 2020. "Did Find Plaintiff,
22 guilty, and max out All Sanctions to run Concurrent.,
23 Also punitively taking Ndoc (30dys) Statutory,
24 stat time, Although he is a "Lifer," violating.;
25 AR 707.1-2, 733, 734; NRS 10.45; 10.065
26 .

27 L.T D. Bell, Illicit actions, would be casually,
28 In Nexus to Facts: RN III Laura was main   .;

1. deft In, J.W.Alte's "Case", Filed by plaintiff.,
2. *L.T Bell, Also Input plaintiff for Immediate,
3. Max facility transfer to (ESP), Increasing.,
4. his (RFS), Score from ("19-26"), Calling,
5. 'No witness': "M.Severns, I/m Gaswright.,
6. In violation of AR 707.1-2, 733, 734, 504, 507).
7. .
8. CCSII Stacy Barrett, In Aug. 2019 at (HDSP),
9. Punitive found him guilty of an G-2 Disc. writ.
10. Indirect attempt to chill g silence his protected,
11. Conduct per civil litigation against her officer's,
12. constituents: c/o Gavin Liggett. "Although CCS,
13. Barrett knew, CCSIII Larry tredwell, previously.,
14. dismissed an MJ 32, directly related to G-2 charges,
15. directly causation of plaintiff eye witness accounts.
16. .
17. CCSII Barrett, refusing to take evidence Into,
18. account as her superior CCSIII L. Tredwell. "Also,
19. verbally stating loudly on tier 3 B Aug. 2019.,
20. That ("Welch"), you aint got shit coming, you,
21. want to file civil suits against my friends.,
22. directly before Disc-hearing, CCSII Moore present,
23. did violate All AR 707.1-2 guides, Also AR 740,
24. 03, 9-A Secs; NRS 41.035; 209.239; 209.371).
25.
26. *CCSII Moore, did at his cell shortly after CCSII,
27. S. Barrett's Improper statement of open bias,
28. pervasive Retaliation That: CCS Barrett   .,

1. made a very unwise statement, actions. That In,
2. Future, "IF" he needed, CCS Moore would testify,
3. In court hearing to Facts, as CCS Moore said:,
4. Im not losing my job etc, For her. directly,
5. In Nexus to his civil litigation per Js 44,
6. Case No 2:19. CV.01243 Id. U.S.D.C Files.,
7. (28 U.S.C § 1746).
8. .
9. Esp, Ndoc superiors, O.M.A. John, June does,
10. Illicitly, retains "All" Disc-writs as "Guilties",
11. In Light or regardless of dismissals etc,
12. violating existing Disciplinary procedures.
13. This Illicit act(s), has caused plaintiff,
14. : Negative Disc.writ records; Ndoc outlook;
15. Continued Indefinite Ad-seg/Shu; Negative veiws,
16. at proposed future parole Bd.'s reveiw's For,
17. proposed Release Into Society., In Volation,
18. existing Disc. protocol's; NRS 41.035; 209.239;
19. 209.371; 10.045; 10.065; 209.371).
20.
21. . I. LEGAL Claims:
22. SR C/O Cory Rowley, Knowingly acts under color of,
23. Law, In Malicious mindstate to deprive his 1st, 4th,
24. 14th Amends. By breach of duty for: Invidious,
25. Evil, discriminate, punitive acts causing him;
26. Severe Intentional duress, emotional Stress, Injuries.
27. .
28. CCS Ray Rivera, knowingly acts under color.,

1. In malicious mindstate to deprive his 4th, 14th amends.
2. By evil, Invidious discriminate Intent, breaching,
3. duty for punitive acts, causing him Intentional,
4. emotional Infliction of duress, admin Injuries etc.
5.
6. <u>CCS Amanda Allred</u>, Knowingly acts under color,
7. of law to deprive his 4th, 14th Amends. By breach,
8. of duty for: Malicious, Invidious discriminate.,
9. acts to harm, causing Wanton Infliction of duress,
10. Causing Admin-Injuries etc. (NRS 284.655)
11.
12. <u>L.T Curtis ridgney</u>, Knowingly acts under color,
13. of law, In malicious mindstate to deprive his 4th,
14. 14th Amends. By breach of duty for: Invidious,
15. discriminate, evil, Condonation; Causing him,
16. Intentional emotional duress, Stress, Injuries.
17.
18. <u>Sgt Stolk</u>, Knowingly acts under color of Law,
19. In Malicious mindstate, to deprive his 4th, 14th Amends.
20. By breach of duty for: Invidious discriminate,
21. acts, by Malicious, evil Intent, Causing Intentional,
22. Infliction of duress, Admin-Injuries etc.
23.
24. <u>Sgt Cox</u>, Knowingly acts under color of Law,
25. to deprive his 4th 14th Amends. By breach of duty,
26. for: Invidious discriminate acts of Condonation,
27. to allow Illegal disc. procedures, causing severe,
28. Intentional duress, Admin-Injuries.

1. <u>CCSIII D. Hernandez</u>, Knowingly act under the,
2. Color of law, to deprive his 4th 14th Amends.
3. " By breach of duty For: Malicious, Invidious,
4. discriminate Condonation For Illict disc. proce;
5. dures, Causing Intentional emotional duress, various,
6. admin Injuries. NRS 284.655, 284.387
7.
8. <u>L.T Damonbell</u>, Knowingly acted under Color,
9. of Law, to deprive his 4th, 14th Amends. By breach,
10. of duty For: Evil, Malicious, Invidious Condonation;
11. employ Illict Disc. protocols, Causing Intentional duress,
12. admin deleterious harms; NRS 284.655; 119.600.
13.
14. <u>Senior officer Bartlett</u>, Knowingly acted under,
15. Color of law, to deprive his 4th, 14th Amends." By,
16. breach of duty For: Evil, Malicious Condonation,
17. acts to Invidiously discriminate, Causing him the
18. Intentional Infliction of duress, deleterous Harms.
19.
20. <u>CCSII Stacy barrett</u>, Knowingly acted under color,
21. of law, to deprive his 4th, 14th Amends." By the,
22. breach of duty For: evil, Malicious, Invidious,
23. discrimination, pervasive dept. Condonation, Causing,
24. him Intentional Infliction of emotional duress,
25. various admin, deleterious harms.
26.
27. <u>"All" Named ESP, NNCC, hdsp State actors</u>,
28. Act under Color of law, Culpably In Mindstate.,

1. to deprive his 4th, 14th Amends. By breach of duty,
2. For "protracted deprivation of rts, "Spanning" now.
3. (Three Ndoc Facilities, w/o Cease, In grossly,
4. Negligent, Malicious Acts, to Invidiously dis,
5. criminate. NAC 384.770; NRS 284.655)
6.
7. "All Named", Ndoc employees Act under Color of law,
8. For breach of duty, Failing to perform duties:
9. Affirmative, government, operational and,
10. administrative functions For Improper, Illicit,
11. due process violations per NRS 209.371
12.
13. "All named", Esp, Ndoc officials acted under color,
14. of law, In culpable mindstate to deprive his,
15. 4th 14th Amends. By breach of duty For: Subjectivly
16. Failing to act, Intervene, In face of Const.l vio's,
17. "objectively Knowingly disregarding serious,
18. Bona fide liberty, due process procedural rts.,
19. per F.R.C.p 12(b)(6)., NRS 284.440(a)(b).
20.
21. "All named" Esp, Ndoc act undercolor of law,
22. By meeting of minds to deprive his 4th, 14th.
23. "By breach of duty For: Conspiracy of Command,
24. Consultation, Communication, Cooperation. To,
25. Invidiously deny his rts as a U.S. citizen.,
26. by disimilarly treatment, For rts secured to All.
27.
28. All Named Esp, Ndoc Named stateactors .,

1. Knowingly act under color of law, to deprive his,
2. 4th, 14th Amends. "By breach of duty, Knowingly,
3. Invidiously, discriminating against him By,
4. violating Ndoc Disc. procedures, protocols.,
5. as with Impunity, violating AR 707.1-2; op,
6. 707, 707.1; NRS 284.440(a)(b)
7.
8. "All Named", state actors of ESP, Ndoc act,
9. under color of law, In requisite, Culpable.,
10. mindstate to deprive his 4th, 14th Amends.
11. "By Causation of: breach of duty, by Invidious,
12. discriminate, Cause of his: religious, ADA disabily,
13. African ethnicity, Causation of civil litigation,
14. Class, depriving his rts as U.S. Citizen For rts,
15. Secured to All per NRS 209.371; 209.131;
16. 209.161; 209.246; 209.371)
17. •        (A) Injuries sec:
18. plaintiff suffers The Irreparable, Unbearable,
19. Injuries as Follows: ongoing atypical signif,
20. Icant hardship for prison Conditions; severe change,
21. In daily prison Conditions; Indefinite Ad-seg/snu.,
22. substantial unwarranted punative loss of Ndoc,
23. Statutory credits; additional Sentence structure,
24. added time., Negative Increase of (RFS), risk,
25. Factor scores., punutive Max Facility transfers.,
26. Severe risk's of loss of expected parole,
27. elgibilties For Future release., economic loss,
28. substanitial: Bonafide due process, liberty.,

1. Interests, personal Immunities damages;
2. extended New Injuries of prolonged Isolation,
3. by punitive(8.8.2022) disc. writ; persisting;
4. Intentional Infliction of emotional duress.;
5. substantial psych scarring, Mental decompensation,
6. nuerological, deleterious harms; substantial,
7. physical New bodily Impairment Injuries;
8. substantial physical exacerbation of existing,
9. chronic diseases; substantial chronic daily,
10. pain, numbing, weakness, severe weight loss;
11. R/A deleterious body damages; Substantial;
12. pain, Mental, physical For exposure to unit,
13. psyc,(S.M.I) severally mentally Ill Inmates,
14. excessive noise; lack of Unit or outside active,
15. physical recreation, activities, programs etc
16. .
17. "Plaintiff, has been and will continue to be,
18. Irreparably harmed by this Illicit conduct of defts.;
19. unless this Court grants All declaratory and.;
20. Injunctive relief sought.
21. :   I.   PRAYER FOR Relief:
22. Wherefore plaintiff respectfully pray That,
23. This Court enter Judgments:
24. (a)
25. granting plaintiff a declaration that acts,
26. omissions described hereIn violate his rts.;
27. under the united states Constitution per 28 U.S.C9
28. 2201, 2202)

1  (b) granting a preliminary and permanent,
2  Injunction's as follows:,
3  ①
4  Erase, void, cancellation of All punitive,
5  disc. writs; Also Reduction of RFS Score.;
6  ②
7  order Ndoc defts, superiors to propose a,
8  " comprehensive plan for Negotion between defts,
9  respondents, plaintiff for equitable do's, donts,
10  of how Ndoc will fix, correct Illicit disc. use;
11  of disc. procedures per Fed. Rule. Ev. 706.;
12  ③
13  Court order to defts, to allow plaintiff to,
14  " present proposed plan, for transfers.;
15  ④
16  Court order defts to: ensure detailed noted,
17  doc's to plaintiff showing: All disc. writs,
18  removed for punative writs; All RFS Score pts,
19  void, removed from Institutional records.;
20  ⑤
21  "economic damages", In amount of $7,500, for,
22  total of loss pakages, clothing, shoes, necessities;
23  and other property, religious, Legal doc's losses.;
24  ⑥
25  granting him "compensatory damages" of 50,000,
26  for protracted deprivation for (3yrs).;
27  ⑦
28  granting him "Nominal" damges" of $5,000.;

1 Jointly, severally from ea. deft liable.;
2 (8)
3 granting him "punitive damages" of $50,000,
4 for protracted, illicit deprivations.;
5 (9)
6 Any additional relief this court deems,
7 proper, just, equitable.
8
9 Dated: Dec. 15, 2022)
10
11 respectfully submitted MR Kentrell D. WELCH,
12 # 1030777
13 ESP PO·Box 1989
14 Ely, NV, 89301- white pine cnty.
15
16 <u>Verification:</u>
17 I have read the following complaint amended,
18 claim, pleadings and hereby verify that,
19 the matters alleged herein are true, correct,
20 except to matters alleged on information and,
21 belief, and as to those, I believe them to be,
22 True. I certify under penalty of perjury that,
23 the foregoing is true and correct By personal,
24 experience. Fed. R. Ev. # 102, 401, 201(b).,
25 NRS 208.165; (28 U.S.C§ 1746).
26
27 Executed at: ESP NRS 1985, 1643
28 /s/ Kentrell Dale___

**D.      REQUEST FOR RELIEF**

I believe I am entitled to the following relief: ① Declaratory Relief 28 U.S.Cs 2201, 2202)
② Injunctive relief, (28 U.S.Cs 2283, 2284)
③ Punitive Damages $50,000 P.L.R.A Limits
④ economical damages $ 7,500
⑤ Nominal damages $ 5,000 Jointly, Severally all defts
⑥ Compensatory damages $ 50,000

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____            _Kutull D. Ce_____
(name of person who prepared or helped         (signature of plaintiff)
prepare this complaint if not the plaintiff)

                                   _Dec. 15, 2022_____
                                            (date)

9

## AFFIRMATION PURSUANT TO NRS 239B.030

I, _Kentrell D. Welch_, NDOC# _1030777_, CERTIFY THAT I AM THE UNDERSIGNED INDIVIDUAL AND THAT THE ATTACHED DOCUMENT ENTITLED _1st additional amended pleadings_, DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSONS, UNDER THE PAINS AND PENALTIES OF PERJURY.

DATED THIS _23_ DAY OF _June_, 20_23_.

SIGNATURE: _Kentrell D. Welch_

INMATE PRINTED NAME: _Kentrell D. Welch_

INMATE NDOC # _1030777_

INMATE ADDRESS: ELY STATE PRISON
P. O. BOX 1989
ELY, NV  89301

Witness List (3):

(1) CCSII MOORE - high desert CCS staff.
(2) CCSII Barrett - high desert CCS staff.
(3) CCSIII Larry Tredwell
4) Inmate Mark Severns # 1170560
5) Inmate Jason Wiatte #
6) Inmate Troy Singleton
7) Inmate Roland Nolan
8) Inmate Mark Stewart
9) LT Damon Bell (NNCC)
10) CCSI Perry (NNCC)
11) Inmate Gaswright.

(NRS 1985, 1643)
    Dec. 15. 2022