Case 2:19-cv-01241-RFB-BNW    Document 19-1    Filed 04/06/22    Page 4 of 12

MR KENTRELL D. WELCH·
Name
ESP P·O BOX 1989

Ely, NV, 89301

1030777
Prison Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

MR. Kentrell D. WELCH _____ ,
                              Plaintiff

vs.

SRC/o Rowley, CoRY et·AL

See Additional Lists - names,

_____ ,

_____ ,

_____ ,
                              Defendant(s).

Case No. _____
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

(1) N.R.C.P 38(a)(b)

(2) 28 U.S.C§ 7th Amends

(* 27 pgs)

## A.    JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Kentrell D. WELCH· ,
                                                      (print plaintiff's name)

who presently resides at Ely State prison _____ , were violated by

the actions of the below-named individuals that were directed against Plaintiff at

ESP / white Pine County _____    on    the    following    dates:
(institution/city where violation occurred)

2022 - 2021 , 2020 _____ , and _____ .
   (Claim 1)        (Claim 2)                (Claim 3)

Dated This 12th day of Dec 2022

Revised 7/8/19

1  Custody supervis:, L.T Ridgney, Curtis, Sgt Stolk,
2  L.T Matthew Bonhan, SRC/o Corey Rowley, SRC/o Rengali,
3  C.E.R.T C/os: Madhine pickens, Macelean Kleer, Chef,
4  Rigdney. In Their" Individual Capacities are Charged,
5  with responsibility For The: Care, Custody, Control of units,
6  at esp; under their superior's ofEspothCials, Ndoc Heads.
7  .
8  "CaseWorkers: CCSIII D Hernandez, CCSII Melina Castro,
9  CCSI Ray Rivera, and In That Individual Capacity. Are,
10 charged with responsibility For: Care, Custody, Control,
11 of Control units, and All similarily housed Inmates at,
12 ESP Throughout.
13 .
14 Kristina Hymen psych III, (M/H), Mental healta,
15 employeed Nurse In That Capacity. Is responsible for,
16 the ensurance of: adequate Mental healta: Counseling,
17 Care, Check ups, deposition of (S.M.I) Severally Ment,
18 tally ILL patients and That "Theire Not Ad-seg housed etc.
19
20
21     I.    FActs & Claims:
22
23     Intentionally Left BLANK
24
25
26
27                              Cont →
28                                    .)

**Make a copy of this page to provide the below
information if you are naming more that five (5) defendants**

2) Defendant _SRC/o Cory Rowley_ resides at _12000 N. Bothwick Rd, Ely, NV, 89301_
     (full name of first defendant)        (address of first defendant)

and is employed as _Senior CORR. Officer_. This defendant is sued in his/her
     (defendant's position and title, if any)

_✓_individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _denied equal Rts/Immunities_

_____.

3) Defendant _Macolean Klier_ resides at _12000 N. Bothwick Rd, Ely, NV, 89301_
     (full name of first defendant)        (address of first defendant)

and is employed as _C.E.R.T Officer_. This defendant is sued in his/her
     (defendant's position and title, if any)

_✓_individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Threatened to harm, Causation of grievances,_
_civil litigation_.

4) Defendant _C/o milKhe_. resides at _12000 N. Bothwick Rd, Ely, NV, 89301_
     (full name of first defendant)        (address of first defendant)

and is employed as _CORR. Officer_. This defendant is sued in his/her
     (defendant's position and title, if any)

_✓_individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _Threatened to harm, Causation of grievances,_
_civil litigation._

5) Defendant _CCS/ll P. Hernandez._ resides at _12000 N. Bothwick Rd, Ely, NV, 89301_.
     (full name of first defendant)        (address of first defendant)

and is employed as _Chief CCS supv-officer_. This defendant is sued in his/her
     (defendant's position and title, if any)

_✓_individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _deprived equal rts, Immunities, dept. systematic_
_retaliatory nefarious scheme etc._.

§1983-Form
eff. 8/96

1    (Defendent(s)) Cont. pg

2    SRC/O Rengali – Individual Capacity

3    C.E.R.T Madlaine pickens – Individual Capacity

4    T.N.p J. Hicks.        – Individual Capacity

5    L.T Matthew Roman – Individual Capacity

6    CCSII Melina Castro    – Individual Capacity

7    CCSI Ray Rivera        – Individual Capacity

8    Psych III Kristina Hymen – Individual Capacity

9    SgT STOLK            – Individual Capacity

10   L.T. Curtis Ridgney    – Individual Capacity

11   C.E.R.T Chet Ridgney   – Individual Capacity

12   A.W.p Tasheena Sanduvol Cooke– Individual C.

13   A.W.O David Drummond – Individual Capacity

14   Ndoc. Dep. DiR William gittere – Individual Capacity

15   Ndoc DiR. Of. Ops Charles daniels Individual Capacity

16   C/O Amber bodenhymier – Individual Capacity

17   L.T. Robert Houston – Individual Capacity

18   SgT MosKoff    – Individual Capacity

19   C/O Joshua PARR – Individual Capacity

20   SRC/O Esquival    – Individual Capacity

21   Griev. Cord. K. Baltierra – Individual Capacity

22   A.A. III Sue Chilsen – Individual Capacity

23   John- June doe(s) – Individual Capacities.

24

25

26

27

28

## CLAIM ONE

1. State the constitutional or other federal civil right that was violated: Nevada, Federal, 1st 5th 8th 9th 10th 14th Amends.

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court        ☐ Excessive force by officer  ☑ Retaliation

   ☐ Threat to safety           ☐ Other: dept. PERVASIVE retaliation    CAMPAIGN OF Harrasment,

3. **Date(s) or date range** of when the violation occurred: 2022 - 2021 - 2020

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

(1) ESP its officials, officers, caseworker staff, contracted, mred staff, agents for (7yrs) and decades perpetuated; unwritten custom, policy to encourage intimidation, retaliation, invidious discrimination against plaintiff; In casual nexus to impede his civil litigation in violation, AR/ops NRS 209.385; 115.325; (28 USCG 401(1)

(2) ESP Jane, John doe(s) for (decades) has perpetuated, an custom, policy to allow orencourage retaliation on; him for his protected rights to seek redress per 1st Amends. violating AR/OP 740.03, 9-A

(3) CCS Melina Castro In June 2022 punative retaliated upon, him for his legal assistance To Virginia Compact Inmate W. Reed. Castro punatively moved him from unit 1B#3 to 2B20, for assisting Winston Reed with grievances, civil litigation; In violation of AR/op 339, 740.03, 9-A; NRS 209.131

(4) CCS Castro knowingly moved him next door to one, of ESP" notorious S.M.I M/H ILL unstable inmate Mark Steward. This guy is excessively loud bangs day-night All day;

1  or night attempting to drive him Insane In,
2  violation of AR/op 339, 310.7; NRS 284.387
3  (4) CCS III p. Hernandez verbally omitted s hedid,
4  Initiate THE punative wing move for Her Friend.
5  by Condonation Hernandez tacitly violated AR/op,
6  339, 740.08, #11, NRS 209.131; 284.387 JunE 2022.
7  (5) c/o milKE did Threaten to physically Assault,
8  him Causation of his ndoc Grievances during,
9  July 14-2022 OUTsidE Med-trip violating AR/op 740.
10  03, 9-A; 740.08, #11; NRS 209.131(18 U.S.Cg 1512(b)
11  2)
12  (6) C.E.R.T c/o Macclean Kleer on July 14 2022,
13  THreatened him with physical Assault Causation,
14  of his dept.Grievances violation of AR/op 740,.339,
15  18 U.S.Cg 1512(b)(2); NRS 289.060
16  (7) T.N.p provideR J.Hicks In June-Aug 2022,
17  ILLicitely retaliated on him by discontinuing All,
18  of his Chronic Care perscriptions. Also refusing to,
19  Input Chronic Pre ordered, Approved Chronic Medical,
20  transport for unTreated Heliobacter Blood Infection,
21  In violation of AR 310, 311, 600, 602, 614, 665,
22  NRS 284.387; 209.371; 209.131
23  (8) SR c/o Rowley on Aug 8th-2022. 8 AM upon,
24  Legal escort THreatened to physically assault him.
25  Causation of dept.Grievances, civil litigation In vio,
26  lation of AR 740.03, 9-A; 740.08; NRS 289.060,
27  18 U.S Cg 1512(a)(2)
28  (9) C.E.R.T c/o Madlaine pickens retaliated ,

(11)

1 on him June 22nd 2022 by destruction, rough-
2 shodding over his cell property Causation of his;
3 dept. and civil litigation Violating AR 740, 339;
4 NRS 289.060; 209.241
5 (10) SRC/o Rengali In June 22-2022 participated,
6 In retaliative Cell destruction For his dept.;
7 grievances For Protected Conduct In violation,
8 Of AR/op 422, 740.03, 9-A; 740.08 #11; NRS 289.060
9 (11) C.E.R.T C/o Chet ridgney June 22, 2022,
10 participated In Cell retaliation, destrictive Cell;
11 search. Causation of his dept. grievances, CiVil,
12 litigation Inviolation AR 422; 740; NRS 289:060
13 (8-(A)) SR C/o Rowley fabricated an punative,
14 disc writ against plaintiff for his DOC/564;
15 against him for Threats and Informal grievance.
16 A False M/28 retaliative Disc-writ In Full,
17 violation of AR/op 740.03, 9-A; 740.08, #11;
18 NRS 289.060; 209.131; 119.325
19 (4-(A)) CCSIII HERNANDEZ retaliates against him by;
20 Failing to Remove him from Torture of Excessive;
21 noise for over 90 dys from June-Sept 2022. This does,
22 violates AR 740, 310, 311, 339, 643; NRS 209.131
23 (12) CCS Ray Riveria Intentionally Fabricate his,
24 (RFS) Score From 12-13 without penological Justification.
25 Its Causation of his PreA and other dept. claims,
26 against Riveria Inviolation of AR/op 740, 339;
27 NRS 284.387; 209.131
28 (12(A)) CCS Riveria Also For over 90 dys from ;

(12)

1  June 29 2022 - Sept. 2022 Fails to remove him;
2  From Excessive S.m.I Noise violation of AR 339, 643,
3  NRS 284.387; 209.131
4  (8.(B)) SR C/o Rowley "STARVED" him For "ONE Week"
5  June 2020 For his protected Conduct OF Grievances.
6  No dept. action was takin For Severe abuse For,
7  Corporal punishment In violation of AR/OP 740;
8  NRS 289.060; 209.371.)
9  (5.(A)) C/o milke around Oct. Nov 2021 unit 7B5,
10 verbally Called over his Intercom Telling him;
11 To mind his fucking Business and stop Legally assi;
12 sting similarily housed Inmate Charles Iko # 41335;
13 with his civil Litigation In violation of AR 740, 339,
14 NRS 289.060
15 (5.(B)) C/o milkhe begin Telling Mexican, White,
16 Inmates That Plaintiff was a RAt, Snitch. This,
17 caused him Threats And adverse retaliation by unit;
18 Inmates causing him to be removed from 7B5. 11-19-2021)
19 (13) Sgt Stoik custody supru refuse to dismiss,
20 SR C/o Rowley's punative Disc-Writ MJ 28. In Light,
22 of video of 8-8-2022 ordeal and past retaliation;
23 by SR C/o Rowley In violation Of AR 740.03; 9-A; NRS -
24 289.060; 209.131
24 (14) Kristin A Hymen In dept. pervasive retaliation,
25 as psych III Mental Health refuse to remove S.m. I;
26 Inmate or Plaintiff from 2D20 In violation OF,
27 AR 643, 339 For over 90 dys June - Sept. 2022;
28 NRS 209.371; 209.131
                        (13)                              )

1  (12-(B))CCS Riveria In retaliation begin Intercep-
2  ting his dept. Kites to his Superiors from June-
3  Sept.2022. Riveria to stop plaintiff from reporting,
4  to his Superiors In violation of AR 740, 332, 339,
5  NRS 284.387; 209.131
6  (11-(A))Chet Ridgney In 2020-2022 Continually,
7  retaliates upon plaintiff. "Ridgney Called him an,
8  Illiterate Nigger" unit 7B In violation of AR339,
9  NRS 284.060; 209.131
10 (5-(C))C/o milkne participated In June 22-2022,
11 destrictive Cell search Unit 1B3. In Retaliation,
12 Causing (2x largE Trash Bags) loss of Hacbras corpus;
13 Civil litigation documents To be discarded In;
14 violation of AR/op 422, 339, 740; NRS 289.060
15 (15). L.T. Roman condonEd This June 22-2022,
16 OVERly ExcEssiuE Cell destriction. In Light CCS111,
17 Hernandez visually Verbally omitted It was overly;
18 zealous, beyond regulation violating AR 422, 740,
19 NRS 289.060
20 (15)(A)In Light Two unit WorkEr(s) Verbally and,
21 Visually Told him No onEs CEll In The whole unit,
22 was destroyed As plaintiffs. WorKERS Rojas 1B,
23 simon 1B14 June 22-2022 (28 U.S.C.G 1746)
24 (8-(c)) SR C/o Rowley, C.E.R.T C/o(s) Ridgney, KlEeR,
25 davies, All participated In Retaliation cell search;
26 of Aug 8th-2022. Removing his blanket and Also,
27 Throwing his legal documents All over Cell In viola;
28 tion of AR 422, 740, 339; NRS 289.060             )

                          (14)

1  (8-(d)) All Custody suprv's STOLK Jane, John doe(s),
2  made him do NAKEd strip Search by Threats,
3  Although No provocation or exigent CiRcum stances,
4  existed In Violation OF AR 492, 339; NRS 209.131.
5  (16)              LEGAL CLAIMS:
6  ccs CastRo acting undER Color of Law InCulpable,
7  mindstate with Invidious, Evil, Malicious Intent,
8  to retaliate depriving him of his Nevada and federal;
9  1st, 5th 8th 9th 10th Amends.
10 (17) CCS III Hernandez acting under Color of law,
11 InCulpable mindstate by Conspiracy, Condonation,
12 evil, MAlicious, Invidious discriminatory;
13 Intent to deprive his NevAdA, Federal 1st 5th 8th,
14 9th 10th Amends.
15 (18) c/o MilKHE acting under Color of law In,
16 Culpable mindstate by Invidious, Malicious, Evil,
17 Condonation, Conspiracy To depRive his;
18 Nevada and federal 1st 5th 8th 9th 10th Amends,
19 (19) Macelean K leer acting under Color of law,
20 In Culpable mindstate by Conspiracy, Invidious,
21 Evil, Malicious Intent to deprive his NevAdA,
22 Federal 1st, 5th 8th 9th 10th Amends.
23 (20) PROVIDER ) Hicks acting under Color of law,
24 In Culpable mindstate by Conspiracy, Invidious,
25 evil, Malicious discrimination to depRive his;
26 NevAdA and Federal 1st 8th 9th 10th 14th Amends.
27 (21) SRC/o Rowley acting undER Color of Law,
28 In Culpable mindstate by Invidious, Malicious;

(15)

1  condonation, discriminate depriving his Nevada,
2  Federal 1st 5th 8th 14th Amends.
3  (22) CERT M. Dickens acting under color of,
4  law In Culpable mindstate by Condonation, retali-
5  ation, Conspiracy, Evil, Malicious discrimination;
6  depriving his Nevada, Federal 1st 5th 9th 10th Amends.
7  (23) SRC/O Rengali acting under color of law,
8  In Culpable mindstate by Conspiracy, Malicious,
9  Invidious, Evil, discrimination depriving his;
10  Nevada and Federal 1st 5th 9th 10th Amends.
11  (24) Chet Ridgney acting under color of law,
12  In Culpable mindstate by Invidious, Evil, Malicious,
13  discriminatory Intent to deprive his Nevada And,
14  Federal 1st 5th 9th 10th Amends.
15  (25) SRC/O Rowley acting under color of law,
16  In Culpable mindstate by Evil, Malicious,
17  retaliation, discrimination to deprive his;
18  Nevada and Federal 1st 5th 8th 9th 10th 14th;
19  Amends.
20  (26) CCS III P, Hernandez In culpable mindstate,
21  acting under color of law by Condonation, Evil,
22  Invidious, tacit authorization, discriminate,
23  depriving his 1st 5th 8th 9th 14th Amends.
24  (27) CCS Riveria acting under color of law In,
25  Culpable mindstate by Conspiracy, Invidious,
26  Evil, Malicious discrimination to deprive His;
27  Nevada and Federal 1st 5th 8th 9th 10th 14th Amends.
28  (28) C/O milkne acting under color of law In,

(K)

1  culpable mindstate by Evil, malicious, retaliation,
2  Invidious discrimination to deprive his Nevada,
3  Federal 1st 5th 6th 8th 9th 10th 14th Amends,
4  (29) SgT Stolk acting under Color of law In
5  culpable mindstate by Condonation, Invidious,
6  tacit authorization, evil, Malicious Intent,
7  to deprive his Nevada and Federal 1st 5th 6th,
8  8th 9th 10th 14th Amends.
9  (30) Kristina Hymen psych III acting under,
10  color of law In culpable mindstate by Evil,
11  Invidious, Condonation, tacit authorization,
12  discriminate depriving his Nevada, Federal)
13  1st 5th 8th 9th 10th 14th Amends,
14  (31) LT Roman acting under Color of law,
15  In culpable mindstate by Condonation, Evil,
16  Malicious, Invidious discrimination to deprive,
17  his Nevada and Federal 1st 5th 8th 9th 10th 14th,
18  Amends.
19  (32) A.W.P T.S COOKE acting under Color of,
20  Law In culpable mindstate by tacit authorization,
21  Condonation, Invidious, Evil Intent to deprive,
22  his Nevada and Federal 1st 5th 8th 9th 10th 14th Amends,
23  (33) D. Drummond acting under Color of Law,
24  In culpable mindstate by tacit authorization,
25  Condonation, Invidious Intent to deprive,
26  his Nevada and Federal 1st 5th 8th 9th 10th 14th,
27  Amends
28  (34) William Ruebart acting under Color,

(17)

1  of law In culpable mindstate by tacit Cond,
2  onation, Invidious discrimination to deprive,
3  his 1st 5th 8th 9th 10th 14th Amends.
4  (35) Plaintiff has suffered Intentional
5  Infliction of Emotional duress, anguish,
6  Exccerbation of physical bodily Impairment,
7  Irreparable Intestional damgE Infection of,
8  blood, unberable pspych Scarring nureological,
9  damgE, Intimidation, Starvation, Threats,
10 loss of Legal civil, Habeas corpus documents.
11 (36) plaintiff has No plain, adequate or,
12 complete remedy at law to redress the wrongs,
13 described Hereln. plaintiff has been and,
14 will continue to be Irreparable Injured by the,
15 conduct of the defendants unless this court,
16 grants declaratory and Injunctive Relif.
17 (37) •    PRAYER For RelieF:
18 WHEREFORE, plaintiff respectfully prays,
19 This court enter Judgment as Follows:
20 (38) Granting plaintiff a declaration That
21 All acts, omits hereln violated his Nevada,
22 constitutional rights, and
23 (39) Granting plaintiff $50,000 Compensatory,
24 dumges from defts as whole, and
25 (40) Granting plaintiff nominal damges,
26 In Amount of $10,000 From ea. deft. Severally,
27 (41) Granting plaintiff punative dumges,
28 of $10,000 Jointly, Severally aganist ea. deft.,
                    (18)

1  (42) Granting A preliminary permanent,
2  Injunction ordering defts as Follows :
3  (a)
4  Cease-desist All retaliatory, Intimidative,
5  harassive, dept. Adverse acts of retaliation;
6  against him.; and
7  (b) Additional Measures This Court May deem,
8  proper, Just, equitable
9  (43) Plaintiff Seeks a Jury Trial on All,
10   triable Issues by Jury 28 U.S.Cg 7th Amends;
11   N.R.C. p 38 (a)(b) .; and
12  (44) Plaintiff Seeks All Costs, Court Fee's,
13   Ndoc debts Incured as of Suit 42 U.S.Cg 1988
14  (45) Any additional relief This court deems,
15  Just, equitable.
16
17   Respectfully Submitted:
18   MR Kentrell D. WELCH # 1030777
19    ESP p.o. Box 1989
20     Ely, NV, 89301-1989.
21  /s/ Kentrell D. le
22     NRS 1985, 1643.
23
24
25
26
27
28

(14)

## AFFIRMATION PURSUANT TO NRS 239B.030

I, _MR. Kentrell D. Welch_ , NDOC# _1030777_ ,

CERTIFY THAT I AM THE UNDERSIGNED INDIVIDUAL AND THAT THE

ATTACHED DOCUMENT ENTITLED _Initial § 1983 Suit,_

_Summons, Declaration, /Fp. 6 mo. Financial Cert Documentation_ .

DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY

PERSONS, UNDER THE PAINS AND PENALTIES OF PERJURY.

DATED THIS _12._ DAY OF _Dec._ , 20 _22_ .

SIGNATURE: _Kentrell D. Welch_

INMATE PRINTED NAME: _Kentrell D. Welch._

INMATE NDOC # _1030777-_

INMATE ADDRESS: ELY STATE PRISON
P. O. BOX 1989
ELY, NV  89301

(2x pgs) Witness List (s):

1  Inmate Winston Wygee Reed # 1238924
2  Inmate Zachary Harris # 1058112
3  Inmate Hadori stall Worth # 1175405
4  Inmate Xia Bui # 1099896
5  Inmate Gregory Hamilton # 21147
6  Inmate Ackerman #
7  Inmate Mark Severns # 1170560
8  Inmate Jason Malte #
9  CCS III P. Hernandez
10 CCS II Ray Rivera
11 CCS II Melina Castro
12 T.N.P. J. Hicks
13 Sgt Stubbs
14 SRC/O Rengali
15 SRC/O Cory Rowly
16 Sgt Moskoff
17 Sgt Stolk
18 L.T Curtis Rigdney
19 C.E.R.T Mucclean Kleer
20 C.E.R.T Madline pickens
21 C.E.R.T Chet Vidgney
22 C/O Richards
23 C/O Dancer
24 C/O D. Harry
25 SR/O Williams
26 Inmate Rohas
27 Inmate Simion
28 L.T Matthew Roman

cont→

(1) via (2)

1  C.E.R.T SRC/o Brown
2  C.E.R.T c/o Kirkland
3  SRC/o Noriega
4  c/o Andrews.
5  CN 11 Jamie Ciciliano H.L.c records stuff.
6  Id at Grievance Records, dept. Files.
7  Id at Ndoc Electronic Notis Files, records.
8  Id at All Doc 3012 Kites, Pleadings.
9  Id at All Existing Affidavits, documentation.
10
11  All Inclusive similarily housed Inmates,
12  stuff, officers et.al. Has direct pertinent,
13  Knowledge of All claims Herein. And will,
14  comply with courts, proposed Investigation,
15  court orders per Subpoena's.
16
17
18
19
20
21
22
23
24
25
26
27
28

(2)