UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KENTRELL D. WELCH, | Case No. 3:22-cv-00547-ART-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | (ECF Nos. 6, 7, 8) |
| CORY ROWLEY, et al., | |
| Defendants | |

On May 31, 2023, this Court issued an order under 28 U.S.C. § 1915A screening Plaintiff's civil-rights complaint, allowing one claim to proceed, staying the case for 90 days to allow the parties time to settle their differences, and referring the case to the Court's Inmate Early Mediation Program. (ECF No. 3). The screening order expressly instructed that "[d]uring this 90-day stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so." (*Id.* at 9). On June 23, 2023, Plaintiff filed a motion to issue summonses and serve pleadings, a document purporting to be a civil-rights complaint, and a document purporting to be an amended civil-rights complaint. (ECF Nos. 7, 6, 8). The Court construes both document to be amended complaints. (*See* ECF Nos. 6, 8). The amended complaints and the motion for summonses and service were filed in violation of the stay.

To expeditiously move through the initial screening process and the Court's Inmate Early Mediation Program, the Court strikes the amended complaints that were filed in violation of the Court's order temporarily staying this action. If Plaintiff chooses to file an amended complaint, he must wait until the Court issues an order lifting the stay. And the Court denies the motion to issue summonses and serve pleadings because it, too, was filed in violation of the stay.

It is therefore ordered that the Clerk of the Court is directed to strike the amended complaints (ECF Nos. 6, 8) from the docket.

It is further ordered that the deadlines set forth in the May 31, 2023, screening order (ECF No. 3) remain in effect.

It is further ordered that the motion to issue summons and serve pleadings (ECF No. 7) is denied.

It is further ordered that Plaintiff should not attempt to serve the complaint or seek to have summonses issued in this action. If applicable, the Court will enter an order about service and issuing summonses later.

DATED THIS 6th day of July 2023.



UNITED STATES DISTRICT JUDGE