# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>              Plaintiff,<br><br>       v.<br><br>CORY ROWLEY, *et al.*,<br><br>              Defendants. | Case No. 3:22-cv-00547-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Melina Stolk Casto, Ray Rivera, Timothy Rigali** and **Joshua (Jacob) Parr,** who are no longer employees of the Nevada Department of Corrections. (ECF No. 13.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 14.)

The Clerk shall ISSUE summonses for **Melina Stolk Casto, Ray Rivera, Timothy Rigali** and **Joshua (Jacob) Parr** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 14.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 4), the screening order, (ECF No. 3), and this order to the U.S. Marshal for service on Defendants **Melina Stolk Casto, Ray Rivera, Timothy Rigali** and **Joshua (Jacob) Parr**. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **October 26, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: August 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE