# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>        Plaintiff,<br><br>vs.<br><br>CORY ROWLEY, et al.,<br><br>        Defendants. | Case No. 3:22-cv-00547-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Kentrell D. Welch, *pro se*, and Defendants, Patricia Hernandez, Macelen Kleer, Justin Milke, Jacob Parr, Madeline Pickens, Timothy Rigali, Curtis Rigney, Ray Rivera, and Corey Rowley, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General, based upon a Settlement Agreement between the parties,

///

///

///

1 that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 29th day of March, 2024.                DATED this 29th day of March, 2024

                                                    AARON D. FORD
                                                    Attorney General


*[signature]*
KENTRELL D. WELCH                                   By: __/s/ Leo T. Hendges__
Plaintiff, *Pro Se*                                      LEO T. HENDGES, Bar No. 16034
                                                         Senior Deputy Attorney General
                                                         *Attorneys for Defendants*

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED:       April 12, 2024